# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CIVIL RIGHTS COMPLAINT

United States District Court
District of Connecticut
FILED AT    NEW HAVEN

Feb. 16          20 22

Dinah Milton Kinney, Clerk

By _____

Deputy Clerk

Cory A. Horton, Sr.
_____
_____ ,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Case No. 3:22cv 273 (JAM)

(To be supplied
by the court)

Patricia Nelson      Official & Individual

James Kenefick      Official & Individual

Holly Bryk      Official & Individual

J. Morgan      Official & Individual

Gina Kilian      Official & Individual

Erin Krygier      Official & Individual

Justin Ahern      Official & Individual

Defendant(s).

(Full name(s) and capacity, e.g., official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. James Kenefick _____ is a citizen of Connecticut _____ who
   (Plaintiff)                                      (State)

presently resides at State of Connecticut Superior Court 235 Church St New Haven, CT 06510 .
                                    (mailing address)

2. Defendant Patricia Nelson _____ is a citizen of Connecticut
   (name of first defendant)                              (State)

whose address is State of Connecticut Superior Court 235 C,

and who is employed as Magistrate Judge & (assistant/cler.
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __X__ Yes _____ No. If your answer is "Yes," briefly explain:

I was denied equal protection, due process, parental rights, and constitutional rights and the ability to be heard

impartial court of law

3. Defendant __Holly Bryk_____ is a citizen of __Connecticut_____
        (name of second defendant)                                 (State)

whose address is __State of Connecticut Superior Court 235 Church St New Haven, CT 06510__

and who is employed as __Marshall_____.
                 (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __X__ Yes _____ No. If your answer is "Yes," briefly explain:

I was denied equal protection, due process, parental rights, and constitutional rights and the ability to be heard

impartial court of law

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

__x_____     42 U.S.C. § 1983 (applies to state defendants)

_____     ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

42 USC 1404(d)) 45 CFR 303.2  AND 303.3

42 U.S.C. 658, Title IV-D, Section 458

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  *( See Attached )*

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:**   <u>see attached</u>

_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

3

**Claim II:**  see attached

Supporting Facts:

**Claim III:**  see attached

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief:

*(See Attached)*

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes __✓__     No _____

_____         *Cory A Horton Sr*
Original signature of attorney (if any)         **Plaintiff's Original Signature**

_____         *CORY A. HORTON, SR*
Printed Name                                    Printed Name

_____         *1500 KAREN DR*

_____         *BENICIA, CA 94510*

( )                                              ( )  *415-610-9094*
Attorney's full address and telephone      Plaintiff's full address and telephone

                                                *HORTONCORY@ymail.com*
Email address if available                      Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

   The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _*Benicia, CA* 94510_ on _*2/12/2022*_.
               (location)                         (date)      *Cory Horton Sr*
_____
                                        **Plaintiff's Original Signature**

(Rev. 3/21/16)

5

# A. PARTIES

**A.) State of Connecticut Superior Court** 235 Church St New Haven, CT 06510  James Kenefick (Magistrate judge) Holly Bryk (state Marshall)  J. Morgan, Gina Kilian (assistant/clerk) Patricia Nelson (assistant/clerk) Erin Krygier (case flow coordinator) Nancy Bauer, Justin Ahern, Nancy Bauer (case coordinator)  Gina Kilian (case flow coordinator) or Kiara Clemons (case flow coordinator) Justin Ahern (unknown)  (Official & Individual)

**B.) Attorney General**  at 55 Elm St PO Box 120 Hartford CT 06141-0120860  Jennifer Aguilar (assistant attorney general) George Jepsen (attorney general), William Tong (current AG), Ed Rowley (assistant AG current) (Official & Individual)

**C.) Connecticut Judicial Branch**

Gary Biesadeki 90 Washington Street Hartford, CT 06106

  Deputy Director, Human Resource Management  (Official & Individual)

**D.) Department of Children and Families** at 505 Hudson Street Hartford, CT 06106  Meredith McGloin (social worker supervisor) Chrichton Stewart, MSW (DCF program manager), Tyra Jackson (DCF social worker), Rhonda Moore DCF - Supervisor MULEY, DAKIBU – Director DCF, Ann Adams DCF  (Official & Individual)

**E.) Judicial Review Council**

Kevin J. Dunn

505 Hudson St

PO Box 260099

Hartford, CT 06126-0099  (Official & Individual)

**F.) Superior Court for Juvenile Matters** at 239 Whalley Ave. New Haven, CT 06511 Judge Bernadette Conway **(Official & Individual)**

**G.) Kristen Cozzolino** (custodial parent)

40 Old Buxton Hill Rd k-40

New Haven, CT 06513 (Individual)

**H.) Law Offices of Susan King Shaw, & Sade Kent**

Esq  (27 Elm St, 2nd Floor- New Haven, CT 06510 custodial parent attorney)

(Official & Individual)

# C. NATURE OF THE CASE

BRIEFLY state the background of your case.

Child support is unconstitutional per <u>HOLMBURG V. HOLMBURG</u> and is a direct violation separation of powers doctrine.

**The Minnesota Court of Appeals** decided that the administrative branch of government had exceeded its constitutional powers. *see full case text here: (*Exhibit A). The administrative child support process governed by Minn. Stat. 518.5511 (1996) is unconstitutional because it violates the separation of powers required by Minn. Const. art. III, 1." (STATE OF MINNESOTA IN COURT OF APPEALS C7-97-926 C8-97-1132 C7-97-1512 C8-98-33, Filed June 12, 1998. Therefore, **the Minnesota Supreme Court upheld the decision in January of 2018, citing "The administrative child support process created by Minn. Stat. 518.5511 (1996) violates the separation of powers doctrine by infringing on the district court's original jurisdiction, by creating a tribunal which is not inferior to the district court, and by permitting child support officers to practice law.** Therefore, the statute is unconstitutional." (STATE OF MINNESOTA IN SUPREME COURT C7-97-926 C8-97-1132 C9-98-33 C7-97-1512, Filed: January 28, 1999, Office of Appellate Courts.

# AND

For proceedings that target the poor, disadvantaged, and using public assistance and federal disability income to formulate erroneous support enforcement. Socio-economic bias, abuse practices on the poor and the indigent as well as misappropriation and mismanagement of Federal Funds paid through the TITLE IV-D program of the Social Security Act.

Exceeding or overstepping judicial official capacity in a Federally Funded Child Support Courtroom-while adjudication custody hearings without stipulation of the parties is fraud upon the court and the whole judicial process.

Court systems receiving federal funds, allegedly may be in violation of Title VI of the Civil Rights Act of 1964, 42 U.S.C. Section 2000d, when they unnecessarily *impose disparate harm based on race or national origin*. Fraud on the court has been perpetuated by the New Haven County Superior Court and its Child Support Services and the judicial machinery itself, has been tainted, corrupt and fraudulent against the United States and its citizens. Such as when an attorney, who is an officer of the court, is involved in the fraud or makes material misrepresentation to the court. Fraud upon the court makes void the orders and judgment of that court. In Bulloch v. United States, 763 F. 2d 1115, 1121 (10th Cir. 1985).

A New Haven County Superior Court-Child Support Commissioners are of limited authority and statutes, and when it shows that the proceeding has exceeded its authority (jurisdiction) its orders and subsequent orders or judgments are voided. Lee V. An (2008) 168 Cal. App 588, 563. Challenging subject matter jurisdiction has no statute of limitations, per Federal Court 42 U.S.C 1983. As a matter of law, " A void act of judgment may be attacked in any forum, state or federal court, where is validity may be drawn in issue. Pennoyer v. Neff, 95 U.S. 714 [24 L.Ed.565].

Department of Child Support Services and its agency is a single separate agency who provide services for its customers. That's right. SERVICES! Child support is not law. No matter how it is worded, child support is not law. They are merely a collection agency to promulgate revenue for the State of Connecticut. Under the direction of the Hague Convention. Child support is unconstitutional, and it infringes on the right of familial association. The 14th Amendments' Due Process Clause has a "substantive" component. This mandate and regulatory function requires each superior court to have a child support commissioner (NOT A JUDGE) to hear Title IV-D child support cases and to maintain an Office of the Family Law Facilitator to assist self-represented litigants.

Title IV-D (courts) is a Federally funded program, operated through the Social Security Act, Title IV, Part D, Section 458. You will see language that allows the U.S. (Health and Human Services) to give back "Incentive Payments" to all states for "performance based" child support collection, paternity establishment, and administrative costs. Public Law (P.L.) 89-97

According to the Federal Child Support Manual. The purpose of this "legislative(ly)" (key word) mandated (giving someone the authority) statewide program is to provide a cost-effective, expedited, and accessible process in the courts for establishing and enforcing child support orders in cases being enforced by local child support agencies. This is a violation of the separation of state doctrine. The administrative process must be presided over by an individual who is not a judge of the court. So that means you have to give consent, cooperative and or agree to services.

Title IV-D of the Social Security Act (42 U.S.C. § 601 et seq.) provides that each state shall establish and enforce support orders when public assistance has been expended or upon request for services by a parent. This may be true, although in California one applying, or welfare benefits are are not subjected to cooperative with the local child support agency.

Any "orders" cannot be made by a Child Support commissioner, or a Temporary Judge without stipulation of the parties. In other words, the child support court needs father's consent. For this matter, Child Support Commissioner's do not have the authority to entertain any child custody hearing without stipulation (agreement) from both parties. It is against the intent of the executive agency. Its doing so has led to gross deprivation of the fathers' rights including parental rights, constitutional rights, due process and equal protection violations,

# AND

## Child Support is Voluntary

Listed under the Social Security Act (Grants) section 403 which is stated in part here...

"In the case of a noncustodial parent who becomes enrolled in the project on or after the date of the enactment of this clause, the noncustodial parent is in "compliance with the terms of an oral or written personal responsibility contract entered into among the noncustodial parent, the entity, and (unless the entity demonstrates to the Secretary that the entity is not capable of coordinating with such agency) the agency responsible for administering the State plan under part D" Title IV-D of the Social Security Act. " Which was developed taking into account the employment and child support status of the noncustodial parent, which was entered into not later than 30 (or, at the option of the entity, not later than 90) days after the noncustodial parent was enrolled in the project, and which, at a minimum, includes the following:

1. "A commitment" (contract, obligation) "by the noncustodial parent to cooperate, at the earliest opportunity, in the establishment of the paternity of the minor child, through voluntary acknowledgement or other procedures, and in the establishment of a child support order...A description of the services to be provided under this paragraph, and a commitment by the noncustodial parent to participate in such services, that are designed to assist the noncustodial parent obtain and retain employment, increase earnings, and enhance the financial and emotional contributions to the well-being of the minor child." *SOURCE:*https://www.ssa.gov/OP_Home/ssact/title04/0403.htm

**Child Support is Voluntary and not mandatory:**

Child Support Obligation- Firstly the term "OBLIGATION" means contract (commitment). Your duty or bound to do something.

1. No contract can be forced upon you without 'consent.'
2. Contracts are generally enforceable, there are situations where a contract is not considered valid. One of those situations is when you are forced to sign a contract and or agreement. *If someone holds a gun to your head and coerces you to sign an agreement, you will **not** be bound by the contract.* In fact, there are many situations where a person who is under duress is not going to be required to abide by the terms of an agreement that he was coerced into signing.
3. How are you in CONTRACT? By participating in child support hearings by a summons (invitation), volunteering payment by coercion by the Agency, paternity testing, and other instances.
4. Not responding to a SUMMONS (Invitation) which will be used as you had agreed without protest.
5. The bottom line is that, NO one can force you to pay child support. EVERYTHING WE DO IS BY CONSENT OR BY SUBJECTING OURSELVES INTO VOLUNTEERING INTO CONTRACT.
6. LEARN HOW TO SET YOURSELF FREE FROM THE CHILD SUPPORT ENFORCEMENT SYSTEM.


# AND


The Court failed to prove there is a valid court recommendation that you owe an alleged debt.

A child support commissioner does not have the authority or inherited powers to find you under contempt unless you are in contract with the child support agency or court. By volunteered payment, your autograph, or by default or response (summons) which is basically an agreement in without protest.

Overall debtors prisons have been abolished and you have to know that what these thugs are doing to you is illegal. So it is up to you to research and study what is going on here. Remember these are "Agents" for the US Health and Human services. Under the executive branch to provide a "service" for its customers.

# AND

## ANTI SLAVERY/ANTI-PEONAGE IS FOREVER ABOLISHED

**42 U.S. Code section 1994** . The holding of any person to service or labor (debt) under the system known as **peonage** is abolished and forever prohibited. The holding of any person to service or labor under the system known as peonage is abolished and forever prohibited in any Territory or State of the United States; and all acts, laws, resolutions, orders, regulations, or usages of any Territory or State, which have heretofore established, maintained, or enforced, or by virtue of which any attempt shall hereafter be made to establish, maintain, or enforce, directly or indirectly, the voluntary or involuntary service or labor of any persons as peons, in liquidation of any debt or obligation, or otherwise, are declared null and void.
(R.S. § 1990.)

**18 U.C. Code section 1589** by means of force, threats of force, physical restraint, or threats of physical restraint to that person or another person; may be held liable.

### California Constitution Article 1, Sec 9
A bill of attainder, ex post facto law, or law impairing the obligation of contracts may not be passed.

### U.S. Constitution says it too.  Article I, Section 10, Clause 1  also Article 1 Section 9, Clause 3  are prohibited from passing either **bills of attainder** or ex post facto laws.

"The Constitution prohibits both the federal government (in this clause) and the states (in Article I, Section 10, Clause 1) from passing either bills of attainder or ex post facto laws. The Framers considered freedom from bills of attainder and ex post facto laws so important that these are the only two individual liberties that the original Constitution protects from both federal *and* state intrusion." " James Madison said in *The Federalist* No. 44, "Bills of attainder, ex post facto laws, and laws impairing the obligation of contracts, are contrary to the first principles of the social compact, and to every principle of sound legislation."

4

# AND

**42 U.S.C. 658, Title IV-D, Section 458, Social Security Act**, INCENTIVE PAYMENTS TO STATES

Title IV-D - financial incentives it creates which allowed for corrupt actors to proliferate and abuse the law to willfully deprive citizens of their constitutional rights under the color of law for financial gain.

Article VI of U.S. Constitution supremacy clause require that judges in every state shall be bound by the laws of the Constitution and laws United States of America.

**Judicial Misconduct #1 -** *Improper demeanor: failure to properly disqualify when the judge has a conflict of interest.*

Judge Kennefick- 2013 & Judge Conway – 2021 both failed to disqualify themselves due to the conflict of interest concerning custody decisions and title IV-D incentive payments via its interstate commerce contract. The judges both are paid from a pool of funds collected via these tittle IV-D programs including child support but failed to state such facts and remove themselves accordingly. At no time did the judge inform me of my ability to not participate in DCF or any such procedures and I have been coerced to participate in this unjust bias process.

The Title IV-D incentive payments create a conflict of interest and at not time have either judge disclosed the payments or the financial contracts they have regarding the 3rd party collection agreements with Federal CESA and SSA. These incentive payments have allowed the state to use its authority to infringe on my rights for its personal gains. Those rights include revoking of my parental rights without establishment of jurisdiction . (Bell Vs. Hood 1936) (Turner Vs Turner 1983) (Keith Haywood Vs Curtis Drown Et, al). This conflict of interest has contributed to the denial of due process and continued denial of equal protections. The judge has allowed hearsay and ignoring of facts to further justify abuse its court's authority to collect 3rd party payments via the interstate commerce contracts and creating payers of which the program was not designed for.

Title IV-D has also been used in violation of US Supreme Court rulings (Blessing Vs. Freestone 1997) to fraudulently acquire financial gains via SNAP/AFDC. At no point was I ever found unfit in 2013, nor unwilling to provide for my child. My constitutional protections regarding my parental rights were disregarded for states financial interest in its lucrative contract with CSEA/DDHS Title V-D surpassing $230M annually in state revenue in 2020.

Title IV-D has also allowed gross interference of my parental rights and not ever offered me the option to opt out of the program.

The Title IV-D incentive payments also encourage magistrates to allow neglectful mothers the ability evade prosecution and use authority to ensure certain outcomes to receive child support in violation of federal law.

The Title IV-D incentive payments also encourage the state to violate of CESA including creating bills of attainder a practice forbidden. A practice that prohibits legislative branches from all forms of legislative punishment on specific groups. (United States Vs Lovett 1946). A practice that prohibits the creating of *bills of pains and penalties,*


US Constitution violations of separation of power doctrines in its quest to allow child support officers to practice law illegally. (Sandra Lee Holmberg Vs Ronald Gerald Holmberg 2019).

The Tittle IV-D program also allows the state to use its authority to not comply with Federal Laws in place to protect responsible parents and fail to provide options to not participate. The program also encourages unauthorized expansion of the class and not comply with regulations to limit such abuses contributing to overreach. The program allows judges to ignore assessments and investigations for accuracy required by 45 CFR 303.2 AND 303.3. They are also ignoring eligibility standards for the program all for gains of the state.

The title IV-D program also encourages judges to ignore federal regulations like 42 USC 1404(d) which requires a program be in place when one parent objects. Neither was such documents found on the recent application for services FO 699N.

In both cases the judges have overlooked obvious fundamental issues of law to allow what appears to be a kangaroo style court that allows states the ability to make decisions normally allocated for parents. In my case since the state's involvement nothing but severe injuries have occurred for me, and my child all overlooked for the state's financial interests. Most of these damages are irreparable and have caused permanent damages. These incentive payments have encouraged the judge to not enforce judicial standards and find creative ways to protect its customers via providing free services. The only goal the states have is to collect the incentive payments with not interest in the well being of children of which is also misleading to the public.

These acts are contributing to placing people in the program who normally would not be eligible or required by law as a result also increasing private debt/funds into a public program. We have not witnessed the creation of a modern-day debtor's jail abolished in US since escaping the unlawful practice in England under the king. The family court provides no jury trial and immediately places injurious liens on personal property for its personal gains thus also contributing creating modern day bills of attainer.


**Judicial Misconduct #2** - *Judicial position to enhance a private interest.*

My first interactions with Judge Conway during a DCF hearing regarding my son being neglected and repeatedly abused by the custodial parent since at least 2020 where she after asking me if were present and state my name immediately demanded my financial information. I assume she was using the

information to access custody but only to learn it was for the Title-IV 3rd party contract between the state and CESA/SSA and incentive payments. This is not only very disturbing but abusive and speaks of a lack of humanity and respect concerning the rights of parents as promised by the US Constitution. These events have cause irreparable damages!

I was not informed why or given an opportunity to object however, I did not have a lawyer at the time and informed the judge to give me more time. She did provide me 30 days and not a day more of which I also thought was odd given the expense of lawyers and the abruptness of the situation. At no time was I informed of my abilities to object or not participate in any of the proceedings being administered.

These interactions and the lack of transparency by this judge is concerning and led me to believe I'm either being scammed or participating in a fraudulent process like Jim Crow. It appears that the authority given to the judge/magistrate has placed no limits on what infringements they are limited too especially concerning my private rights. This family courts seems to have no inclination for the United States Constitution and what it ensures to its people or the consequences of such violations. The idea that these violations of law are allowed so readily by many persons in place to limit them is also very concerning. The idea that Absurdities in Law should be questioned is also well-established US precedent found in US vs Correll 1967

At no time during this process have I interacted with a male person all females most of which have shown me unfamiliar brand of unprofessionalism and disdain. It appears that whatever image this court has created for people like me non-custodial/ alienated father is being played out in processes as a result jeopardizing and limiting equal protection. This judge was also very intimidating to the extent that I did not feel ok to ask questions regarding this very important proceeding. I felt like I was being bullied and totally disregarded except as another financial exploit. This judge appears to be very bias and only willing to do enough to ensure the state has a person to hold liable for its 3rd party interstate commerce contracts in the Title IV-D program. It is also very clear that at no point was she sincerely concerned about the welfare of my child despite such indications.

Being an alienated father, this judge has now rendered me to partake in certain requirements regarding the DCF neglect findings in a manner that makes me feel as if I'm guilty of neglecting my child of which I have been alienated from since 2013. These are my very first interactions with this court and its has been quite injurious.

In summary, the state now has compelling reasons in *2021* to modify custody due the mother being recently found guilty of severe neglect by DCF but has failed to do so. Drugs and illegal activities were documented including violence and severe mental traumas. The reports also document negative impacts of my child's education as well indicating severe consequences for his future are very possible. The mother also continues to not comply with DCF per Ashlei Streater social worker. This proves the state has no interest in the actual well-being of such minors except for its long-term financial gains. The state is benefited more financially by keeping such minors in abusive relationships with an abusive custodial parent despite better options existing. The state's current 3rd party collection agreement with CESA & SSA surpass $200M in annual income for the state. Since the states involvement the custodial parent has had several concerning issues regarding the safety and wellbeing of my child. These issues have raised great concern regarding his safety and due to the encroachment and gross infringement I have no ability to assist as I see fit, thus further depriving me and continuing its unconstitutional infringement for its own financial gains. Ahslei when asked stated that her manager refused to remove the child despite the compelling reasons and existing danger after repeated requests. She also provided evidence that the

mother had been confusing to reply with DCF for a consistent time and that my child present dangers could be further extended as a result.

The courts recent recommended reunification efforts by DCF are greatly biased and creates further harm injuries and infringements in requiring the plaintiffs also an alienated father to go thru many highly supervised, expensive visits rather than removing the child from the abusive mother immediately. Placing and undue hardship in reunifications implying costly weekly visits from California in a method that would only be suggested beneficial for the custodial parent. These efforts will not be in the benefit of a positive experience without the removal of the custodial parent of which the court has refused to do even with compelling evidence from DCF of abuse and repeated neglect. Furthermore, when if the child had no relatives, they would readily assign him in foster care with strangers requiring no such efforts. I'm requesting the court immediately hear my case as I yet to have my day in court. DCF or the courts have refused to offer custody despite my child being in imminent dangers of which also involve illegal narcotics and abuse. It appears that the court's authority is not reenforced with any reasonable oversight to prevent such foreseeable injuries. Although the courts failed to show compelling evidence in 2013 when it illegally revoked my parental rights, now the courts have such evidence and refuses to act as required indicating a pattern bias. Furthermore, I have not been heard by an impartial court of law nor have I been given an opportunity for a jury trial regarding this matter. It appears that Judge Conway's personal activism is interring with justice and creates a conflict of interest. Even with years of DCF neglect and abuse they fail to remove children due to the financial gains from incentive payments.

In my humble opinion and experiences, it is clear to me and my family that there is a number of concerning problems in this court. I hope and pray you provide whatever you can regarding this issue as these kinds of events are catastrophic and most stop immediately. The injuries and numerous infringements are countless all of which are preventable and unnecessary.


When examining the article by judge Conway an outcome has already been defined in this court and perhaps the destiny of many parents and their rights also. She mentions that the systems outcomes of the court are " *designed to be controversial*" as if the sanctity of parental rights are an auction item for bid. My concerns are that no other options exist beyond what is being expressed by this judge in the article. From my own experience this article reenforced my fears of fairness concerning this impartial process. The judge then concludes by saying the *goal is to achieve child safety, permanency, and well-being* of which seems very odd given that I have spent over ten thousand dollars since 2021 on lawyers and various things of which non- goes directly to my son. The first words from this judge after identifying me was what is my financial income during DCF hearing concerning neglect. I find it very odd that a mother being investigated and allowed to plea can still be eligible to receive child support and have so much support from taxpayers. Perhaps this is why the trial by jury is not recommended and treated as means to expedite the outcomes rather than allow equitable process for the child? This judge was very unclear about the trial options and used very threatening language to extent I was not comfortable asking any further about the issue, I felt very intimidated! I also find it odd that child safety and the well being of my child has no legal grounds per Blessing Vs. Freestone 1997 but yet the judge first words after identifying me were to access my financial assets. Beyond the humiliation of being reduced to a payment this process has truly been very difficult to witness and endure. The federal law makes it clear that mothers found neglectful are not eligible for child support.

What person has the authority to declare a court void and rewrite the law for its own personal gains and interest? What part of the law declares that a court must be controversial especially regarding those

made sacred by the US Supreme Court and the US Constitution? Are courts not designed to fair, impartial, and just?

No person or entity should feel empowered to create their own courts that only please their interest nor ignore laws in place to protect citizens. The unauthorized expansion of Title -IV D program is creating generational injuries upon me. It is allowing many citizens to be illegally ascertained by this court and its corrupt unjust fraudulent systems. The states quest to transition the Titile – IV D non-entitlement program into an entitlement program that serves everyone who applies despite the rulings of Blessing Vs. Freestone 1997 making it at face fraudulent. The US Supreme ruling in 1997 intent was to end such illegal practices however the state has kneecapped this intent in the same manner states kneecapped Jim Crow bussing laws in late 1960s.

# AND

Greetings, This notice was faxed to you on 2/1/2022 and updated on 2/12/22 at the **203-503-6885** using form JDFM 292 regarding the **Mandatory Resolution Plan Date**. Please know this is a direct response to this matter and understand I don't give consent and wish to participate in any such events regarding this matter. This notice has also been sent to you via certified mail.

**42 USC 1301 (d)** - Request to Close Case/Objection (IMMEDIATELY) & Abusive & Neglectful Mother

Can you please direct me to the place on the forms FO 699N & F699NP where I can object to voluntary tittle IV- D program required by federal statues 42 USC 1404(d)? It is not located on the form per Federal Law.

I would like to object and discontinue my forced involvement in the voluntary Title- IV D program immediately. *Per **Chapter 231 Title IV- D** Services (Sub Chapter A administration of title IV-D programs) Sec. 231.0001, Sec. 231.0011 Sec. 231.0012 (g)* States: ***Participation in the statewide integrated system for child support, medical support, and dental support enforcement by a county is voluntary, and nothing in this section shall be construed to mandate participation.***

I do not consent or wish to object to participation in the program as required by 42 USC 1404(d)) at no time have given the state of Connecticut or wish to participate in the program by no means of the imagination as it is harmful and destructive to my parental rights promised my US Constitution. The state overreach of law and its illegal practice of law is not acceptable and have caused irreversible great harm to me and my child for its own financial gains. I have enclosed both forms of which are both void of the federal guidelines required per 42 USC 1404(d)) and would like to request immediately to be removed from this voluntary program.

Enclosed below are a few reasons I object and like not be enrolled as a participant in Title IV-D and request to be removed from the program immediately

1.) Title IV-D was designed for parents who have not in neglected their children and yet the courts have found multiple ways to continue allowing the custodial parent to proceed in the program illegally despite substantiated neglect found by DCF on multiple investigations. The courts failed to keep high judicial

standards and failed to establish jurisdiction and abused its authority and improperly served notice to non-custodial parent.

2.) Title IV-D incentive payments create a conflict of interest and at no time have either judge disclosed the payments or the financial contracts they have regarding the 3rd party collection agreements with Federal CESA and SSA per Incentive Payments to States 42 USC 658a. These incentive payments have allowed the state to use its authority to infringe on my rights for its personal gains and makes child's support a 3rd party contractual program. Those rights include revoking of my parental rights without establishment of jurisdiction . (Bell Vs. Hood 1936) (Turner Vs Turner 1983) (Keith Haywood Vs Curtis Drown Et, al). This conflict of interest has contributed to the denial of due process and continued denial of equal protections. The judge has allowed hearsay and ignoring of facts to further justify abuse its court's authority to collect 3rd party payments via the interstate commerce contracts and creating payers of which the program was not designed for.

3.) Title IV-D has also been used in violation of US Supreme Court rulings (Blessing Vs. Freestone 1997) to fraudulently acquire financial gains via SNAP/AFDC. At no point was I ever found unfit in 2013, nor unwilling to provide for my child. My constitutional protections regarding my parental rights were disregarded for states financial interest in its lucrative contract with CSEA/DDHS Title V-D surpassing $230M annually in state revenue in 2020. Welfare is not a loan, but merely a grant that does not require repayment by non-custodial parent especially those alienated by the custodial parent. The courts expansion Title IV- D and immersion of Title IV-A programs are allowing the courts to recreate common law.

4.) Title IV-D has also allowed gross interference of my parental rights and not ever offered me the option to opt out of the program per 42 USC 1404(d)

5.) The Title IV-D incentive payments also encourage magistrates to allow neglectful mothers the ability evade prosecution and use authority to ensure certain outcomes to receive child support in violation of federal law.

6.) The Title IV-D incentive payments also encourage the state to violate of CESA including creating bills of attainder a practice forbidden "Debtors Court". A practice that prohibits legislative branches from all forms of legislative punishment on specific groups. (United States Vs Lovett 1946). A practice that prohibits the creating of *bills of pains and penalties.*

7.) Title IV-D  program allows judges to ignore assessments and investigations for accuracy required by 45 CFR 303.2 AND 303.3. They are also ignoring eligibility standards for the program all for gains of the state.

8.) The title IV-D program also encourages judges to ignore federal regulations like 42 USC 1404(d) which requires a program be in place when one parent objects. Neither was such documents found on the recent application for services FO 699N.

9.) Title IV- D appropriations section 401 - The state has engaged in illegal practice of law and improper expansion of the class of needy children for its personal gains and creating new law. The states overreach of law is unjust and illegal. This Denial of due process or denial of a jury & denial of checks and balances is unjust. The state is in direct violation of separation of powers for personal gain. Title IV-D was designed to limit the class.

# D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:

On April 16 2013, during the DCSS law and motion child support hearing, then Magistrate Judge and attorney Nancy A. Noyes representing the mother, initiated a custody proceeding, without stipulation of the parties in a TITLE-IV-D courtroom. Attorney and Judge filed notice of representation limited scope to represent her client in a "child support hearing". At this point the court lacked subject matter jurisdiction, and father failed to object to the disposition of the hearing due to insufficient service process. The courts failure to uphold high judicial standards is consistent in the actual documents which contain multiple grammatical and factual errors.

The case was continued to August 13, 2013. That is when the Attorney General & Magistrate Judge James Kenefick, strips custody by way of trespassing on the law without due process of the law, equal protection of the law and stipulation of the parties.

The court deprived the alienated father of his child then age 3, grossly disregard of the state and federal laws, as well as his civil rights. DCSS, failed to report and even challenge the CHILD SUPPORT COMMISSONER's Orders by trespassing on the law, and failed to object to the proceedings knowingly the court lacked SUBJECT matter jurisdiction

In January 2021, the Father after being notified of DCF in December 2020 of neglect findings and potential removal of the child filed a Motion to Reopen challenging the subject matter jurisdiction of the New Haven County Superior Court's and the Department of Child Support Services Law and Motion Proceedings. Following those actions, the private attorney of mother then filed child support proceedings which followed the issuance of a mandatory resolution which was highly contested by father for reasons above and despite having no jurisdiction to mandate the courts proceeded with the motions and have denied the father repeated attempt to post pone as a result furthering its pattern of denying due process and equal protection of the law.

1.) Cory A. Horton plaintiff has been victimized for years since 2013 via the corrupt and discriminatory systems of judicial misconduct in the state of Connecticut. The clear conflict of interest involving the current administrative judges of the *State of Connecticut Superior Court*, New Haven and officers of the court and its affiliates. The following employees of the State of Connecticut Superior Court, 235 Church St New Haven, CT Judge James Kenefick, Holly Bryk (state Marshall) J. Morgan, Gina Kilian (assistant/clerk) Patricia Nelson (assistant/clerk) **AND**
*Attorney General* at 55 Elm St PO Box 120 Hartford CT 06141-0120860Jennifer Aguilar (assistant attorney general) George Jepsen (attorney general) **AND**
*Department of Children and Families* at 505 Hudson Street Hartford, CT 06106 Ahlei Streater (DCF social worker) Meredith McGloin (social worker supervisor) Chrichton Stewart, MSW (DCF program manager) Vanessa L. Dorantes LMSW (DCF Commissioner) **AND**
*Superior Court for Juvenile Matters* at 239 Whalley Ave. New Haven, CT 06511 Judge Bernadette Conway **AND** *Kristen Cozzolino* (custodial parent)
All conspired in a corrupt and unjust discriminatory manner with the defendant K. Cozzolino to defraud the United States Government and willfully deprive citizens of their Constitutional rights for the sole intent of unlawful financial gains. The person's named above all have conspired to commit fraud and through the establishment and enforcement of fraudulent custody and child support orders all created by the courts in complete disregard to evidence and facts. Also, these persons used the limited authority of the state to undermine, revoke and infringe on the powers and liberties ensured by the constitution concerning my parental rights. The bad actors of the court devised a scheme via Title IV-D enforcement tactics that have discriminated against my rights as plaintiff based on gender, disabilities and possibly race. The court has systematically deprived me the plaintiff of civil rights during contempt and child custody & child support proceedings. Title IV-D laws have given officers of the courts the incentives to abuse their power under the color of law to cause irreversible harm to countless individuals and families for decades mostly black Americans. In large contrast and quite apart from the guarantee of equal protection, if a law impinges on a fundamental right explicitly or implicitly secured by the United States Constitution it is presumptively unconstitutional. The courts bad actors ***deprived me of rights to due process, equal protection clause ensured by the 14th amendment and right to appear via improperly serving me a notice to appear***. As a result, the courts illegally revoked my parental rights without having jurisdiction as I never had a chance to attend the hearing. They also denied me strict due process and rights ensured by the due process clause regarding parental rights and

remedies.  ***The state also evaded its duty to provide compelling reasons in 2013 and have provided any such burdens or proof regarding revoking my parental rights and liberties guaranteed by the US Constitution***.  The courts further infringed recently in not allowing me to modify existing custody to remove my child from his neglectful and dangerous conditions.  The courts also did not respond to a motion of continuance submitted on 6/29/21 via fax as result denying me a resolution to modify.

At no time in 2013 was I found unfit or were there any compelling evidence to have the courts contest my parental rights.  ***Through these unjust proceedings the courts quickly then encroached and greatly interfered with my abilities to raise my child as ensured by the 1st, 5th, 11th 14th and possibly 9th and 10th amendments of the US Constitution regarding all such rights mentioned including parental rights and its liberties***.  The courts then along with the attorney general proceeded to further infringed my rights for its personal gains when it extended financial benefits to custodial parents creating a uneven playing field.  The state has determined that its parental methods are more beneficial to my child than my very own methods.  The state has at no time offered any remedy to these severe injuries nor has it provided alternatives to its unconstitutional injurious tactics of parenting.

The courts efforts to notify me to appear regarding my custody hearing are far less rigorous than the efforts it takes to collect debts in its 3rd party collection agreements with Federal CESA and SSA.  The state's efforts are more succinct and absolute, and they are guaranteed to find the actual location of such persons owing debts.  However, when it came to serving me an unjust notice to appear, it failed to take similar rigorous efforts to ensure my actual address.  Instead, the courts merely published my case information in a local newspaper neglecting me the ability to be notified.  The states actions proves that its interest superseded my liberties concerning parental rights.  The courts took little effort in ensuring that the custodial parent did not present fraudulent information regarding my locations and did very little protect my rights concerning this matter.  The minimum standards of serving notices seemed to be evaded in place of public advertising.  The courts loose laws, gender bias culture, stereotypes, low judicial standards, and lack of care concerning infringements have a long- standing adverse history for male, non-custodial, black American parents.  The courts recent attempts in locating me by DCF seemed to also have higher standard as they did locate me with no issues concerning neglect of my child in 2021.

In summary, the state now has compelling reasons in 2021 to modify custody due the mother being recently found guilty of severe neglect by DCF but has failed to do so.  Drugs and illegal activities were documented including violence and severe mental

traumas. The reports also document negative impacts of my child's education as well indicating severe consequences for his future are very possible. The mother also continues to not comply with DCF per Ashlei Streater social worker. This proves the state has no interest in the actual well-being of such minors except for its long-term financial gains. The state is benefited more financially by keeping such minors in abusive relationships with an abusive custodial parent despite better options existing. The state's current 3rd party collection agreement with CESA & SSA surpass $200M in annual income for the state. Since the states involvement the custodial parent has had several concerning issues regarding the safety and well being of my child. These issues have raised great concern regarding his safety and due to the encroachment and gross infringement I have no ability to assist as I see fit, thus further depriving me and continuing its unconstitutional infringement for its own financial gains. Ahslei when asked stated that her manager refused to remove the child despite the compelling reasons and existing danger after repeated requests.

The courts recent recommended reunification efforts by DCF are greatly biased and creates further harm injuries and infringements in requiring the plaintiffs also an alienated father to go thru many highly supervised visits rather than removing the child from the mother immediately. Placing and undue hardship in reunification implying costly weekly visits from California in a method that would only be suggested beneficial for the custodial parent. These efforts will not be in the benefit of a positive experience without the removal of the custodial parent of which the court has refused to do even with compelling evidence from DCF. Furthermore, when if the child had no relatives, they would readily assign him in foster care with strangers requiring no such efforts. I'm requesting the court immediately hear my case as I yet to have my day in court. I have perhaps have been misled by my current attorney and signed documents with DCF via the poor advisement of my attorney thus furthering my inabilities to avoid such injuries. As a result, I m representing myself here forward.

2. Every person is entitled to be heard by an impartial court in the United States, especially concerning parental rights. I have not had such opportunity since 2013 when the courts illegally revoked my rights despite the court had zero compelling evidence required by law. I was also a fit parent had no such reasons to be removed from my child. The court has illegally interfered and encroached upon my liberties causing irreversible damages to me my child. The courts has failed to provide just cause for revoking my parental rights and had no authority at no time in 2013 or any time after for doing. The courts has used its authority to strip me of my ability to raise my child as I see fit at the benefits of its

own interest thus undermining my rights for its gains. Despite having provided zero burden of proof to revoke my rights the courts

3. Regarding the unjust corrupt custody hearing and concerns of Michael C. Horton Docket # fa13-4056308 substantial evidence exists to suggest that the 2013 decision by the State Superior Court of Connecticut & Judge Kenefick & Clerks allowed infringements of my constitutional rights to due process, equal protection clause of 14th amendment and various violations of the 1st, 5th, 14th, 16th, and 9th 10th amendments. When the courts determined my parental rights void in despite of me being a fit parent, and without compelling reasons or due cause they deprived me of my rights per tittle 18 USC section 242. **(Doe vs. Irwin 1985) (Reno vs. Flores) (Bell vs. City of Milwaukee 1985)** The malicious fraud that was used on A, 2013, State Superior Court of Connecticut & Judge Kenefick & Clerks court forms (JD FM 162 & JD FM 167) stripped me of my parental rights unjustly and deserve a proper re-examination by a more competent court immediately as my child is now in danger. The court's process and judge failed to employ the high judicial standard mandated regarding infringement on such liberties as child rearing and parental rights. **(Pfizer vs Lord 1972) (gross vs Illinois 1963)**. The courts also failed to allow loosely unregulated bias gender practices of serving papers to bad addresses, as means of serving notices is highly unfair and without malice. Furthermore, the allowing of a person to name simply fear has also had unjust consequence.

The courts simply only published a notice in a paper and failed to serve me with proof of the actual court hearing. The court failed to serve me. All reasonable efforts were not made and sabotaged by fraud of the mother whom I was in direct contact with during the time. The custodial parent made no mentions of desire to file custody or request for my address. They delivered the notice to an apartment lobby of which was not my residence. The custodial parent also had my lawyer's information at the time but refused to notify the judge. Thus, if the respondent did not receive the NTA in person or by mail, and if the respondent's attorney did not receive the NTA by mail, service was improper. If service was improper and the respondent never received the NTA, the respondent was never notified of the initiation of custody proceedings, and a judge may not order the custody rights to be revoked in absentia for failure to appear. The judge and courts failed to examine the NTA sent in 2013 as it was sent to the address of a commercial business entity and could in no way be that of natural person. There appears to be two orders of notices with one date that is prior to the court actually receiving the return notice which does not bear my signature also indicating low judicial standards including multiple typos

on documents.

At no point was I ever found unfit in 2013 when the constitutional protections regarding my parental rights were disregarded for states financial interest in its lucrative contract with CSEA/DDHS Title V-D surpassing $230M annually in state revenue. It is a clear reminder with the timing of these recent events (DCF-neglect case of Mother 2021), lack of correspondence to recent communications I sent regarding providing immediate private health care to my child and the lack of concern for my child's well-being is not a priority still today. **(Reynold vs. Babyfold 1977)**

Furthermore, I have been deprived the ability to raise my child in the manner I saw fit, which existed prior to the state's unconstitutional infringement on my rights ensured by the 1st amendment. The rights of a parent far exceed that of the state interest except in my case. The state's financial incentive & interest prevailed over my liberties when it took my rights in exchange for financial incentives to custodial parent while ignoring my own plans. Furthermore, the state or no government entity has the rights to interfere, encroach or limit such rights. **(May vs. Anderson 1953) (Wallace vs. Jaffree 1985) (Franz vs. US 1983) (Kelson vs. Springfield 1985)**

In addition, I have been alienated from my son by his mother since 2010 in a manner indicating gross Custodial interference, Parental kidnapping/Taking the child. The state's financial interest has alluded to the elimination of my liberty, happiness and rights at its leisure causing significant damages. These loose bias laws have led to huge lowering of judicial standards mostly to one gender/custodial parent in a manner that grossly violates the liberties provided by the US Constitution. I have substantial evidence to support these claims including multiple witnesses, testimonies, emails, texts, etc. I have been denied the liberty to raise my child as I had deemed suitable. Please know that this has created irreparable damages. Please also know that at no time did the state have a right to encroach, intervene or remove me from my parental rights, and if so, it will be its burden to prove that of which it has not done so yet. **(Elrod vs. Burns 1976)**

In summary, because I have not had due process court regarding this matter, nor was found unfit, nor found in any such breach of laws prior to warrant the 2013 revocation of my parental rights by the state of Connecticut I am due a remedy immediately. This complaint is to inform the court of my injuries and seek immediate remedies. Please also know that any such acts affiliated with these unconstitutional acts moving forward are a

continuance of long-standing injuries and unwanted further violations of my liberties. I and my child have had to endure incalculable harm in this process.

Child support is unconstitutional, I would like to file a motion to dismiss any mandatory involvement or giving of consent to the voluntary Title- IV D program immediately. *Per Chapter 231 Title IV- D Services (Sub Chapter A administration of title IV-D programs) Sec. 231.0001, Sec. 231.0011 Sec. 231.0012 (g)* States: ***Participation in the statewide integrated system for child support, medical support, and dental support enforcement by a county is voluntary, and nothing in this section shall be construed to mandate participation.***

The court and the plaintiff has failed to prove that there is a contract and that I owe a valid alleged "debt" and I have the right to not be infringed.

**U.S. Constitution says it too. <u>Article I, Section 10, Clause 1  also Article 1 Section 9, Clause 3</u>** are prohibited from passing either **bills of attainder** or ex post facto laws.

In addition, I would like to file a motion to dismiss the case based on the following facts:

**Lack of Jurisdiction over the subject matter-** the court does not have the authority to hear or decide the lawsuit or the issues being claimed the state has not established jurisdiction or allowed due process.

**Lack of Jurisdiction over the person-** the court does not have the authority to make a judgment against a person, business, or governmental entity as he resides in California and has never established local residence in the state of Connecticut.

**Insufficiency of Process** – the courts failed to fill out the paperwork properly and perform the required high judicial standards involved in establishing jurisdiction and due process. The court made multiple clerical errors and did not investigate.

**Insufficiency of Service of Process-** steps taken to legally deliver the writ of summons and complaint, and any other legally required documents, to a defendant were not performed per guideline and not done correctly. Insufficiency of service of process allowed documents to be delivered to inaccurate address not that of person served.

7

I do not consent or wish to participate in the program as required by 42 USC 1404(d)) at no time have given the state of Connecticut or wish to participate in the program by no means of the imagination as it is harmful and destructive to my parental rights promised my US Constitution. The state overreach of law and its illegal practice of law is not acceptable and have caused irreversible great harm to me and my child for its own financial gains. I have enclosed both forms of which are both void of the federal guidelines required per 42 USC 1404(d)) and would like to request immediately to be removed from this voluntary program.


**Memorandum of Law:**

Enclosed below are a few reasons I object and like not be enrolled as a participant in Title IV-D and request to be removed from the program immediately

Your rights to due process.
Pursuant to The Fifth Amendment of the U.S and California Constitution Article I, Sec 1, *no one shall be "deprived of life, liberty or property without **due process** of law."*
The Fourteenth Amendment, ratified in 1868, uses the same eleven words, called the **Due Process** Clause, to describe a legal obligation of all states.

## E. REQUEST FOR RELIEF

I am requesting all possible civil remedies including monetary for both the monetary, psychological, emotional, and irreparable damages this court and its bad actors have cause me and my child in its blatant overreach and abuse of authority. A sum of $10,000,000 in addition to all attorney fees and immediate dismissal of orders pertaining to this incident.

In addition, I'm requesting an immediate dismissal of all custody orders previously issued and granting of full custody of Michael C. Horton immediately to begin repairing the damages this process has caused.

Denial of due process and failure to establish jurisdiction, DCF findings of neglect and lack of equal protection. At no time have I ever received my opportunity to appear before an impartial court regarding this matter. The courts failed to follow high judicial standards, provide due process, equal protection and continues to fraudulently infringe upon my rights causing me extreme harm. The courts failed to ensure that the address on the NTA was an actual address belonging to an individual or natural person and not a commercial entity. The courts intentionally sent the NTA in a harmful manner that prevented me from ever being informed, that prevented me from contesting before the limitations expired. In addition, I have been alienated from child by mother since 2013 in a manner which revoked all contact with my child and the mother indefinitely. The mother completely alienated father and has received exceptional treatment from the court creating bias. The alienation has caused great harm and continues to do so. I submitted a modification in February for full custody because of recent DCF findings concerning repeated neglect, abuse, drug uses, violence and repeat criminal charges on the mother. The facts and truth concerning this case were ignored by the courts. **Insufficiency of Service of Process, Insufficiency of Process, Lack of Jurisdiction over the person, Lack of Jurisdiction over the subject matter**